IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-cv-00609-M

| | |
|---|---|
| TIMOTHY SAUNOOKE,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT U.S.A., INC.,<br><br>Defendant. | ORDER |

This matter comes before the court on the Plaintiff's Motion for Leave to Amend Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. DE 12. Defendant is correct that, under Rule 15(a)(1), Plaintiff may amend his pleading once "as a matter of course" under certain circumstances. Those circumstances exist here and, therefore, Plaintiff need not seek leave of court to amend his pleading. Plaintiff's motion is DENIED as moot, and the Clerk of the Court is directed to file the Amended Complaint (DE 12 at 2) on the case docket.

"Ordinarily, an amended complaint supersedes those that came before it." *Goodman v. Diggs*, 986 F.3d 493, 498 (4th Cir. 2021) (citing *Young v. City of Mount Ranier*, 238 F.3d 567, 572 (4th Cir. 2001)). In light of Plaintiff's filing, Defendant's Motion to Dismiss Plaintiff's Complaint [DE 8] is DENIED WITHOUT PREJUDICE as moot. Defendant shall file an answer or other response to the Amended Complaint in accordance with Rule 15(a).

SO ORDERED this 30th day of October, 2025.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE